# UNITED STATES DISTRICT COURT

Western District of Missouri

JUDGMENT IN A CIVIL CASE

MICHAEL R. HENDRIX

    v.

JO ANNE BARNHART

                                                Case Number: 05-5134-CV-SJ-WAK

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED THAT:** the decision of the Commissioner is affirmed and the case is dismissed.

*ENTERED ON:*

*July 28, 2006*                                     *Patricia L. Brune*
*Date*                                                   Clerk

                                                        *J. Price*

                                                       *(By) Deputy Clerk*